# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA
        Plaintiff,

vs.                      CR. NO. 03-20005-B

AMANDA ANDREWS
        Defendant.

## ORDER HOLDING FOR FINAL REVOCATION HEARING

On September 19, 2005, the defendant, Amanda Andrews, appeared before me on a charge of violation of the terms and conditions of his/her supervised release in this matter.

At this hearing, counsel indicated that the defendant Amanda Andrews wished to waive ~~his~~ her right to a preliminary hearing and have this matter held over to the United States District Court.

Accordingly, the defendant is held to a final revocation hearing before United States District Judge J. Daniel Breen. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rules of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given.

The defendant is hereby remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

ENTERED this 20th day of September, 2005.

                              DIANE K. VESCOVO
                              UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-21-05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 259 in case 2:03-CR-20005 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT