# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 SEP 29 AM 11:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:03CR20005-03

AMANDA ANDREWS,
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Amanda Andrews, was represented by Dewun Settle, Esq.

It appearing that the defendant, who was convicted on November 17, 2003, in the above styled cause and was placed on Supervised Release for a period of two (2) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of six (6) months. The Court recommends that the defendant be housed at Millington, Tennessee. The Court further recommends that the defendant participate in the 40 Hour Drug Program.

The defendant is remanded to the custody of the United States Marshal.

Signed this the 27th day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-30-05

Defendant's SS No.: 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
Defendant's Date of Birth: 9/24/1982
U.S. Marshal No.: 18799-076
Defendant's Mailing Address: 359 Kendrick Street, Memphis, TN 38108



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 263 in case 2:03-CR-20005 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT